IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 99-cr-00192-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANK JERRY OWENS,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Hearing on the supervised release violation will be held **May 3, 2007, at 3:00 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: March 6, 2007

                                          s/ Jane Trexler, Judicial Assistant