# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation of Supervised Release**) |
|---|---|
| v. | Case Number: 99-cr-00192-WDM-01 |
| | USM Number: 28939-013 |
| FRANK JERRY OWENS | Warren R. Williamson, AFPD (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 6/13/05 |
| 2 | Possession and Use of a Controlled Substance | 9/19/05 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

September 4, 2007
Date of Imposition of Judgment

Signature of Judge

Walker D. Miller, U.S. District Judge
Name & Title of Judge

9/14/07
Date

DEFENDANT: FRANK JERRY OWENS
CASE NUMBER: 99-cr-00192-WDM-01                                Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance | 12/16/05 |
| 4 | Possession and Use of a Controlled Substance | 1/26/06 |
| 5 | Possession and Use of a Controlled Substance | 2/3/06 |
| 6 | Possession and Use of a Controlled Substance | 11/20/06 |
| 7 | Possession and Use of a Controlled Substance | 11/28/06 |
| 8 | Possession and Use of a Controlled Substance | 12/5/06 |
| 9 | Failure to Participate in Drug Treatment (Urinalysis) | 2/10/07 |
| 10 | Possession and Use of a Controlled Substance | 7/24/07 |
| 11 | Possession and Use of a Controlled Substance | 8/1/07 |
| 12 | Possession and Use of a Controlled Substance | 8/9/07 |

DEFENDANT: FRANK JERRY OWENS
CASE NUMBER: 99-cr-00192-WDM-01                                                   Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months. No supervision following term of imprisonment.

The defendant shall surrender for service of sentence at the institution designated by the United States Bureau of Prisons before noon on October 4, 2007.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

   Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                                    _____
                                                                    UNITED STATES MARSHAL

                                                                    By_____
                                                                         Deputy United States Marshal